## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TRACY R. MARSHALL**                                                          **PLAINTIFF**
*Ex rel United States of America*

**v.**                          **CASE NO. 4:23-CV-01012-BSM**

**ALLIED ORION GROUP, INC.,**
**and KNIGHT DEVELOPMENT**                                               **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, Tracy Marshall's claims are dismissed with

prejudice, and the government's claims are dismissed without prejudice.

IT IS SO ORDERED this 6th day of May, 2026.


_____
UNITED STATES DISTRICT JUDGE